| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JOE DANIEL ADAMS,                     §
                                                     §
            Plaintiff,                        §
                                                     §
*versus*                                     §    CIVIL ACTION NO. 9:25-CV-128
                                                     §
JOHN PRICE, *et al.*,                  §
                                                     §
            Defendants.                   §

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joe Daniel Adams, a prisoner confined at the Shelby County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against John Price, Allison Harrison, Donna Hughes, Gerald Corbell, Tiffany Ryals-Curry, and Lori Oliver.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommended denying Plaintiff's First Motion for Default Judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation and a Motion for Reconsideration, which the court liberally construes as objections.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, Plaintiff's objections (#13 and #23) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#11) is **ADOPTED**. Plaintiff's First Motion for Default Judgment (#10) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE