| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JOE DANIEL ADAMS,                          §
                                                               §
              Plaintiff,                            §
                                                               §
*versus*                                              §    CIVIL ACTION NO. 9:25-CV-128
                                                               §
JOHN PRICE, *et al.*,                          §
                                                               §
              Defendants.                         §

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joe Daniel Adams, a prisoner confined at the Shelby County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against John Price, Allison Harrison, Donna Hughes, Gerald Corbell, Tiffany Ryals-Curry, and Lori Oliver.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On October 20, 2025, the magistrate judge recommended denying Plaintiff's Second Motion for Default Judgment. Proper notice was sent to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#27) is **ADOPTED**. Plaintiff's Second Motion for Default Judgment (#19) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE